1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY GOVEA,                          1:18-cv-01004-JDP

12              Plaintiff,                   ORDER GRANTING APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS
13        v.
                                             (Doc. No. 2.)
14   FRESNO CO. JAIL, *et al.*,

15              Defendants.                  ORDER DIRECTING PAYMENT
                                             OF INMATE FILING FEE BY FRESNO
16                                           COUNTY JAIL

17

18        Plaintiff is a prisoner proceeding without counsel under to 42 U.S.C. § 1983 and has

19   requested leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the

20   showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be

21   granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent

23   (20%) of the preceding month's income credited to plaintiff's trust account.  The Fresno County

24   Jail is required to send to the clerk of the court payments from plaintiff's account each time the

25   amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  *See* 28 U.S.C.

26   § 1915(b)(2).

27        In accordance with the above and good cause appearing therefore, IT IS HEREBY

28   ORDERED that:

                                            1

1

2          1.  Plaintiff's application to proceed in forma pauperis is GRANTED.

3          2.  The Fresno County Jail or its designee shall collect payments from plaintiff's

4   prison trust account in an amount equal to twenty percent (20%) of the preceding month's

5   income credited to the prisoner's trust account and shall forward those payments to the

6   clerk of the court each time the amount in the account exceeds $10.00, in accordance with

7   28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the

8   clerk of the court.  The payments shall be clearly identified by the name and number

9   assigned to this action.

10         3.  The clerk of the court is directed to serve a copy of this order and a copy of

11  plaintiff's *in forma pauperis* application on the Fresno County Jail via the court's

12  electronic case filing system (CM/ECF).

13         4.   The clerk of the court is directed to serve a copy of this order on the Financial

14  Department, U.S. District Court, Eastern District of California, Sacramento Division.

15         5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

16  certified copy of his prison trust account statement for the six-month period immediately

17  preceding the filing of the complaint, if plaintiff has not already done so.

18

19  IT IS SO ORDERED.

20

    Dated:    August 10, 2018    

21                                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2